THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EMMETT BROWN, Defendant-Appellant.

(No. 57827; )

First District (1st Division)—September 24, 1973.

PER CURIAM.
HALLETT, J., took no part.

Paul Bradley, Deputy Defender, of Chicago, (Kenneth L. Jones, Assistant Appellate Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (James S. Veldman and Mariann Twist, Assistant State's Attorneys, of counsel,) for the People.